Avery M. RIGGSBEE, Plaintiff–
Appellant,

v.

UNITED STATES of America; Wendy
A. Owens; J. Michael Duncan; Inter-
state Insurance Service Group; S.
Mitchell Freedman, M.D.; Buck Lat-
timore; Renee C. Riggsbee; Laura A.
Karnifeld Mavetic; Dr. Anagnos Da-
mon; W. Bain Jones, Jr.; Dr. George
Edwards, Jr., Defendants–Appellees.

No. 15–1104.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 23, 2015.

Decided: April 28, 2015.

Avery M. Riggsbee, Appellant Pro Se.

Before SHEDD, DUNCAN, and
THACKER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Avery M. Riggsbee appeals the district
court's order accepting the recommenda-
tion of the magistrate judge and dismiss-
ing his civil complaint. We have reviewed
the record and find no reversible error.
Accordingly, we affirm for the reasons
stated by the district court. *Riggsbee v.
United States,* No. 1:14–cv–00563–WO–
JEP (M.D.N.C. Jan. 6, 2015). We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before this
court and argument would not aid the
decisional process.

*AFFIRMED.*